IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FRED CLEVELAND, JR.,
    Plaintiff,

vs.                              CASE NO.: 3:07cv270/LAC/MD

THOMAS E. JOHNSON, et al.,
    Defendants.

---

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 6, 2007. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a *de novo* determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This case is dismissed without prejudice as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for plaintiff's abuse of the judicial process.

    3.    The clerk is directed to close the file.

    DONE AND ORDERED this 24th day of July, 2007.

                                s/ *L.A. Collier*
                                **LACEY A. COLLIER**
                                **SENIOR UNITED STATES DISTRICT JUDGE**